THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF GENEVA, Respondent, *v.* GENEVA, WATERLOO, SENECA FALLS AND CAYUGA LAKE TRACTION COMPANY, Appellant.

*People ex rel. City of Geneva* v. *Geneva, W., S. F. & C. L. Co. Tr. Co.*, 112 App. Div. 581, affirmed.
(Submitted June 18, 1906;  decided October 2, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

May 5, 1906, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to remove its railroad track from the side to the center of a certain street in the city of Geneva.

*Charles A. Hawley* and *Lansing G. Hoskins* for appellant.

*W. Smith O'Brien* for respondent.

Order affirmed, with costs, on authority of *City of Rochester* v. *Rochester City R. R. Co.* (183 N. Y. 99) and of *Chicago, Burlington & Quincy R. R. Co.* v. *State of Illinois* (decided by U. S. Supreme Court February 19, 1906); no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, J. Absent: O'BRIEN, J.